■    THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR POST, Appellant, against W. B. MARTIN, as Warden, Respondent.— Motoin granted and appeal dismissed.

■    THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES E. RAY, Appellant, against W. B. MARTIN, as Warden, Respondent.— Motion granted and appeal dismissed.

■    THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDMOND E. ROY, Appellant, against W. B. MARTIN, as Warden, Respondent.— Motion granted and appeal dismissed.

■    THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIE JONES SMITH, Appellant, against W. B. MARTIN, as Warden, Respondent.— Motion granted and appeal dismissed.

■    THE PEOPLE OF THE STATE OF NEW YORK ex rel. MILTON WASHINGTON, Appellant, against W. B. MARTIN, as Warden, Respondent.— Motion granted and appeal dismissed.

■    CHARLES W. LORTSCHER, Respondent, v. SIMON VILINSKY, Appellant; SIMON VILINSKY, Appellant, v. CHARLES W. LORTSCHER, Respondent.— Motion granted and appeal dismissed, without costs.